# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0322
_____

PHILLIP K. JONES,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition to Allow Belated Appeal—Original Proceeding.

August 26, 2025

PER CURIAM.

DISMISSED.

WINOKUR, TANENBAUM, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Phillip K. Jones, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.